IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

TRINITY INDUSTRIES, INC.,

       Plaintiff,                07cv0914

                                    **ELECTRONICALLY FILED**

   v.

COMMERCE PARK OF GREENVILLE, INC.,
WILLIAM E. MARSTELLER,

       Defendants.

## <u>Order of Court</u>

      Currently pending before this Court is the Order of Special Master Donald E. Ziegler

granting plaintiff's motion to discover and compel production of financial records (doc. no. 48),

and the objections thereto filed on behalf of defendant, William E. Marsteller (doc. no. 49) and

the objections thereto filed on behalf of defendant, Commerce Park of Greenville, Inc. (doc. no.

52). Upon careful consideration of the objections filed on behalf of defendants; plaintiff's

response (doc. no. 55) opposing those objections, and defendants' replies (doc. nos. 57 and 59),

this Court will adopt the Order of Special Master Ziegler and will deny the objections of both

defendants (doc. nos. 49 and 52). Defendants shall comply with said Order of the Special Master

on or before April 7, 2008. This Court also orders the parties to execute and file the

Confidentiality Agreement at doc. no. 55-2, pages 1 through 9, on or before April 4, 2008. This

Order of Court terminates doc. nos. 49 and 52.

                            SO ORDERED this 28th day of March, 2008.

                            s/Arthur J. Schwab           
                            Arthur J. Schwab
                            United States District Judge

cc:    All Registered ECF Counsel and Parties